UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

BRUCE TIMOTHY JONES, )
 )
    Plaintiff, )
 )
v. ) Case No. CV408-187
 )
SPENCER LAWTON, RUSSELL )
MABREY, MIKE TABBORROK, )
JUDGE JAMES BASS, JOEY )
WARENZAK, CITY OF )
SAVANNAH, and JOHN DOE, )
 )
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 6th day of MAY, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA